# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

———————————

**No. 201800236**

———————————

## UNITED STATES
*Appellee*

v.

## Bryan P. WATSON
Lieutenant Commander (O-3), U.S. Navy
*Appellant*

———————————

Appeal from the United States Navy-Marine Corps Trial Judiciary.

*Military Judge:* Lieutenant Colonel Michael D. Libretto, USMC.

*For Appellant:* Lieutenant Colonel Lee C. Kindlon, USMCR.

*For Appellee*: Brian K. Keller, Esq.

———————————

Decided 14 December 2018

———————————

Before HUTCHISON, TANG, and RUSSELL
*Appellate Military Judges*

———————————

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

FOR THE COURT

RODGER A. DREW, JR.
Clerk of Court